# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE ALEXANDER ESTRADA MARROQUIN,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER CHESTNUT, et al.,<br><br>Respondents. | Case No. 1:25-cv-01798-EPG-HC<br><br>ORDER RE WITHDRAWAL OF CONSENT TO JURISDICTION OF UNITED STATES MAGISTRATE JUDGE |

Petitioner is a federal prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Respondents previously consented to disposition of this case by a United States magistrate judge. It appears that Respondents may wish to withdraw their consent.

On December 15, 2025, counsel for Respondents filed a form indicating consent to jurisdiction of a United States magistrate judge. (ECF No. 8.) On December 29, 2025, the Court received Petitioner's consent to the jurisdiction of a United States magistrate judge. (ECF No. 10.) On December 31, 2025, the assigned district judge reassigned "this action to U.S. Magistrate Judge Erica P. Grosjean for all further proceedings" given "[a]ll parties indicated their consent to the jurisdiction of a magistrate judge for all further proceedings, including trial and entry of judgment." (ECF No. 11.) However, on February 6, 2026, counsel for Respondents filed a form indicating decline of jurisdiction of a United States magistrate judge.  (ECF No. 15.)

Once all parties have consented to magistrate judge jurisdiction in a civil case under 28 U.S.C. § 636(c), that jurisdiction may be withdrawn only "for good cause shown on its own

1

motion, or under *extraordinary circumstances* shown by any party." 28 U.S.C. § 636(c)(4) (emphasis added); Fed. R. Civ. P. 73(b)(3). As it is unclear to the Court whether Respondents intended to withdraw consent to the jurisdiction of a United States magistrate judge, and as Respondents have not provided any reasons for the withdrawal of consent, if Respondents seek leave to withdraw consent they are directed to file a motion and demonstrate what extraordinary circumstances exist that justify the request.

Given that Respondents have already filed a response to the petition, and it appears to the Court that it can rule on the petition without waiting for Petitioner's reply, Respondents shall file a motion within seven of the date of service of this order if Respondents do seek to withdraw consent.

Accordingly, IT IS HEREBY ORDERED that if Respondents seek to withdraw consent to the jurisdiction of a United States magistrate judge, Respondents SHALL FILE a motion within seven (7) days of the date of service of this order.

IT IS SO ORDERED.

Dated:    **February 12, 2026**            /s/ _Erica P. Grosjean_
                                          UNITED STATES MAGISTRATE JUDGE

2